**Slip-Op. 02-64**

# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: SENIOR JUDGE NICHOLAS TSOUCALAS

_____
:
FAG KUGELFISCHER GEORG SCHAFER AG,       :
FAG ITALIA S.p.A.,                        :
BARDEN CORPORATION (U.K.) LTD.,           :
FAG BEARINGS CORPORATION and             :
THE BARDEN CORPORATION,                   :
                                          :
                  Plaintiffs,             :
                                          :
                  v.                      :    Court No. 99-08-00465
                                          :
UNITED STATES,                            :
                                          :
                  Defendant,              :
                                          :
THE TORRINGTON COMPANY,                   :
                                          :
                  Defendant-Intervenor.   :
_____:


## JUDGMENT

This Court, having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") Final Results of Redetermination Pursuant to Court Remand, FAG Kugelfischer Georg Schafer AG v. United States, 2001 Ct. Intl. Trade LEXIS 144, Slip Op. 01-131 (Nov. 15, 2001) ("Remand Results"), response of FAG Kugelfischer Georg Schafer AG, FAG Italia S.p.A., Barden Corporation (U.K.) Ltd., FAG Bearings Corporation and The Barden Corporation, comments and rebuttal comments of The Torrington Company and Commerce's response, holds that Commerce duly complied with the Court's remand order, and it

is hereby

    **ORDERED** that the Remand Results filed by Commerce on April 1, 2002, are affirmed in their entirety; and it is further

    **ORDERED** that since all other issues have been decided, this case is dismissed.

 

 

                                           _____
                                               NICHOLAS TSOUCALAS
                                                  SENIOR JUDGE

Dated:    July 12, 2002
            New York, New York